**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 15-26280
 §
TERRENCE TRAVIS ROSS §
 §
 §
 Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/31/2015. The undersigned trustee was appointed on 07/31/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $4,511.06

 Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $0.00 |
| Bank service fees | $24.88 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $4,486.18 |

 The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/18/2016 and the deadline for filing government claims was 10/18/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,127.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,127.77, for a total compensation of $1,127.77[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $15.55, for total expenses of $15.55.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/21/2017            By:    /s/ David P. Leibowitz
                                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 15-26280 | | Trustee Name: | David Leibowitz |
| Case Name: | ROSS, TERRENCE TRAVIS | | Date Filed (f) or Converted (c): | 07/31/2015 (f) |
| For the Period Ending: | 5/21/2017 | | §341(a) Meeting Date: | 09/16/2015 |
| | | | Claims Bar Date: | 10/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  5933 West Midway Park Chicago, IL 60644 | $50,000.00 | $0.00 | | $0.00 | FA |
| 2  Checking account with US Bank | $3,621.00 | $0.00 | | $0.00 | FA |
| 3  Checking Account with US Bank | $997.00 | $618.00 | | $618.00 | FA |
| **Asset Notes:** Demanded non-exempt portion 12/6/16 | | | | | |
| 4  Checking Account with US Bank | $148.00 | $148.00 | | $148.00 | FA |
| **Asset Notes:** Demanded non-exempt portion 12/6/16 | | | | | |
| 5  Misc used household goods | $900.00 | $900.00 | | $0.00 | FA |
| 6  used clothing | $300.00 | $0.00 | | $0.00 | FA |
| 7  Pension | Unknown | $0.00 | | $0.00 | FA |
| 8  401 (k) | Unknown | $0.00 | | $0.00 | FA |
| 9  Dream Cafe restaurant located in Chicago 748 West 61St Chicago, Illinois 60621 worth nothing, per Debtor | $0.00 | $0.00 | | $0.00 | FA |
| 10  2003 Cadillac Escalade Paid in Full 120,000 miles | $4,675.00 | $2,275.00 | | $0.00 | FA |
| **Asset Notes:** Vehicle not running. Neither Heath Auctions nor Wheels of Chicago will sell it. | | | | | |
| 11  2006 Mercedez Benz CLS 70,000 miles | $9,650.00 | $2,776.00 | | $0.00 | FA |
| **Asset Notes:** Subject to large mechanic's lien ($6874.00 from MS Imports - will not release the vehicle without payment) | | | | | |
| 12  2002 Chrysler Sebring paid in full 101,000 miles | $1,200.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** CarMax appraisal received: $500 | | | | | |
| 13  2015 Federal Tax Refund                          (u) | $0.00 | $6,457.00 | | $3,745.06 | FA |
| **Asset Notes:** 2015 Tax Refund: $6457  Debtor's Pro-Rated Portion: $2711.94 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                       **Gross Value of Remaining Assets**

$71,491.00      $13,674.00                      $4,511.06                              $0.00

**Major Activities affecting case closing:**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 15-26280 | |
| **Case Name:** | ROSS, TERRENCE TRAVIS | |
| **For the Period Ending:** | 5/21/2017 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 07/31/2015 (f) |
| **§341(a) Meeting Date:** | 09/16/2015 |
| **Claims Bar Date:** | 10/18/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/30/2016   2016 Reporting Period:

Motion for turnover of Debtor's vehicles or their value.  2002 Chrysler appraised at $500 and deemed abandoned.  Steve Stabiner & Wheels of Chicagoland both evaluated Escalade and deemed it unsaleable.  Asset deemed abandoned.  Mercedes subject to a Mechanic's lien in excess of value of vehicle.  Deemed abandoned.

Case remains open for Debtor's 2015 tax refund.  Debtor received a 2014 tax refund in excess of $11,100.00.  The Trustee has requested the debtor provide his 2015 tax returns since March, 2015, but Debtor has not yet complied.

Will file a motion to compel debtor to produce his 2015 tax returns if not received.  Additionally, $766 non-exempt funds in Debtor's bank accounts as of date of filing.

Pending estate portion of tax refund, will make determination on other non-exempt property.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 07/31/2016 | **Current Projected Date Of Final Report (TFR):** 05/23/2017 | /s/ DAVID LEIBOWITZ | |
| | | DAVID LEIBOWITZ | |

FORM 2

Page No: 1 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-26280 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ROSS, TERRENCE TRAVIS | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9136 | | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Ross, Terrence T |
| For Period Beginning: | 7/31/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/21/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/28/2016 | (13) | ROSS, TERRENCE TRAVIS | Estate Portion of Debtor's 2015 Tax Refund | 1224-000 | $3,745.06 | | $3,745.06 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.77 | $3,744.29 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.65 | $3,738.64 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $5.83 | $3,732.81 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $6.02 | $3,726.79 |
| 01/16/2017 | | ROSS, TERRENCE TRAVIS | Non-Exempt Funds in Checking Accounts | * | $766.00 | | $4,492.79 |
| | {4} | | Non-exempt funds    $148.00 | 1129-000 | | | $4,492.79 |
| | {3} | | non-exempt funds    $618.00 | 1129-000 | | | $4,492.79 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $6.61 | $4,486.18 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $4,511.06 | $24.88 | $4,486.18 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,511.06 | $24.88 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,511.06 | $24.88 | |

**For the period of 7/31/2015 to 5/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,511.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,511.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/28/2016 to 5/21/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,511.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,511.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2    Exhibit B

| Case No. | 15-26280 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | ROSS, TERRENCE TRAVIS | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***9136 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Ross, Terrence T |
| For Period Beginning: | 7/31/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/21/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $4,511.06 | $24.88 | $4,486.18 |

**For the period of 7/31/2015 to 5/21/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $4,511.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,511.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/31/2015 to 5/21/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $4,511.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,511.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24.88 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24.88 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| **Case No.** | 15-26280 | | | | | | | | **Trustee Name:** David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| **Case Name:** | ROSS, TERRENCE TRAVIS | | | | | | | | **Date:** 5/21/2017 |
| **Claims Bar Date:** | 10/18/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CAROLYN MILES C/O BERTON N. RING<br><br>123 Madison Street 15th floor<br>Chicago IL 60602 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $5,697.72 | $0.00 | $0.00 | $0.00 | $5,697.72 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,127.77 | $0.00 | $0.00 | $0.00 | $1,127.77 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1610<br>Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $15.55 | $0.00 | $0.00 | $0.00 | $15.55 |
| | LAKELAW<br><br>53 West Jackson Boulevard Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $852.50 | $0.00 | $0.00 | $0.00 | $852.50 |
| | LAKELAW<br><br>53 West Jackson Boulevard Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $189.58 | $0.00 | $0.00 | $0.00 | $189.58 |
| | | | | | **$7,883.12** | **$0.00** | **$0.00** | **$0.00** | **$7,883.12** |

**CLAIM ANALYSIS REPORT**  Page No: 2
Exhibit C

| Case No. | 15-26280 | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | ROSS, TERRENCE TRAVIS | | | | | Date: 5/21/2017 |
| Claims Bar Date: | 10/18/2016 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $189.58 | $189.58 | $0.00 | $0.00 | $0.00 | $189.58 |
| Attorney for Trustee Fees (Trustee Firm) | $852.50 | $852.50 | $0.00 | $0.00 | $0.00 | $852.50 |
| Tardy General Unsecured § 726(a)(3) | $5,697.72 | $5,697.72 | $0.00 | $0.00 | $0.00 | $5,697.72 |
| Trustee Compensation | $1,127.77 | $1,127.77 | $0.00 | $0.00 | $0.00 | $1,127.77 |
| Trustee Expenses | $15.55 | $15.55 | $0.00 | $0.00 | $0.00 | $15.55 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 15-26280
Case Name: TERRENCE TRAVIS ROSS
Trustee Name: David P. Leibowitz

Balance on hand: $4,486.18

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,486.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,127.77 | $0.00 | $1,127.77 |
| David P. Leibowitz, Trustee Expenses | $15.55 | $0.00 | $15.55 |
| Lakelaw, Attorney for Trustee Fees | $852.50 | $0.00 | $852.50 |
| Lakelaw, Attorney for Trustee Expenses | $189.58 | $0.00 | $189.58 |

Total to be paid for chapter 7 administrative expenses: $2,185.40
Remaining balance: $2,300.78

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,300.78

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $2,300.78

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: NONE

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $2,300.78

Tardily filed claims of general (unsecured) creditors totaling $5,697.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 40.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Carolyn Miles c/o Berton N. Ring | $5,697.72 | $0.00 | $2,300.78 |

Total to be paid to tardily filed general unsecured claims: $2,300.78
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00