**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-26280 |
| | § | |
| TERRENCE TRAVIS ROSS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $49,025.00 | Assets Exempt: | $21,700.00 |
| Total Distributions to Claimants: | $2,300.78 | Claims Discharged Without Payment: | $4,356.94 |
| Total Expenses of Administration: | $2,210.28 | | |

3) Total gross receipts of $4,511.06 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $4,511.06 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $812,067.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,210.28 | $2,210.28 | $2,210.28 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $960.00 | $5,697.72 | $5,697.72 | $2,300.78 |
| **Total Disbursements** | $813,027.00 | $7,908.00 | $7,908.00 | $4,511.06 |

4). This case was originally filed under chapter 7 on 07/31/2015. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/08/2017 By: /s/ David P. Leibowitz
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking Account with US Bank | 1129-000 | $148.00 |
| Checking Account with US Bank | 1129-000 | $618.00 |
| 2015 Federal Tax Refund | 1224-000 | $3,745.06 |
| **TOTAL GROSS RECEIPTS** | | $4,511.06 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg | 4110-000 | $23,810.00 | $0.00 | $0.00 | $0.00 |
| | Inland Bank | 4110-000 | $788,257.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $812,067.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,127.77 | $1,127.77 | $1,127.77 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $15.55 | $15.55 | $15.55 |
| Green Bank | 2600-000 | NA | $24.88 | $24.88 | $24.88 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $852.50 | $852.50 | $852.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $189.58 | $189.58 | $189.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,210.28 | $2,210.28 | $2,210.28 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | ILDOCFS | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Irma Canalas | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Office of the Attorney General | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Carolyn Miles c/o Berton N. Ring | 7200-000 | $0.00 | $5,697.72 | $5,697.72 | $2,300.78 |
| | Aargon Agency Inc | 7100-000 | $40.00 | $0.00 | $0.00 | $0.00 |
| | Cci | 7100-000 | $301.00 | $0.00 | $0.00 | $0.00 |
| | Med Business Bureau | 7100-000 | $82.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Gas | 7100-000 | $317.00 | $0.00 | $0.00 | $0.00 |
| | Peoples Gas | 7100-000 | $7.00 | $0.00 | $0.00 | $0.00 |
| | Tsi/980 | 7100-000 | $213.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $960.00 | $5,697.72 | $5,697.72 | $2,300.78 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 15-26280
**Case Name:** ROSS, TERRENCE TRAVIS
**For the Period Ending:** 8/8/2017

**Trustee Name:** David Leibowitz
**Date Filed (f) or Converted (c):** 07/31/2015 (f)
**§341(a) Meeting Date:** 09/16/2015
**Claims Bar Date:** 10/18/2016

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 5933 West Midway Park Chicago, IL 60644 | $50,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account with US Bank | $3,621.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Account with US Bank | $997.00 | $618.00 | | $618.00 | FA |
| **Asset Notes:** | Demanded non-exempt portion 12/6/16 | | | | | |
| 4 | Checking Account with US Bank | $148.00 | $148.00 | | $148.00 | FA |
| **Asset Notes:** | Demanded non-exempt portion 12/6/16 | | | | | |
| 5 | Misc used household goods | $900.00 | $900.00 | | $0.00 | FA |
| 6 | used clothing | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Pension | Unknown | $0.00 | | $0.00 | FA |
| 8 | 401 (k) | Unknown | $0.00 | | $0.00 | FA |
| 9 | Dream Cafe restaurant located in Chicago 748 West 61St Chicago, Illinois 60621 worth nothing, per Debtor | $0.00 | $0.00 | | $0.00 | FA |
| 10 | 2003 Cadillac Escalade Paid in Full 120,000 miles | $4,675.00 | $2,275.00 | | $0.00 | FA |
| **Asset Notes:** | Vehicle not running. Neither Heath Auctions nor Wheels of Chicago will sell it. | | | | | |
| 11 | 2006 Mercedez Benz CLS 70,000 miles | $9,650.00 | $2,776.00 | | $0.00 | FA |
| **Asset Notes:** | Subject to large mechanic's lien ($6874.00 from MS Imports - will not release the vehicle without payment) | | | | | |
| 12 | 2002 Chrysler Sebring paid in full 101,000 miles | $1,200.00 | $500.00 | | $0.00 | FA |
| **Asset Notes:** | CarMax appraisal received: $500 | | | | | |
| 13 | 2015 Federal Tax Refund **(u)** | $0.00 | $6,457.00 | | $3,745.06 | FA |
| **Asset Notes:** | 2015 Tax Refund: $6457<br>Debtor's Pro-Rated Portion: $2711.94 | | | | | |
| **TOTALS (Excluding unknown value)** | | **$71,491.00** | **$13,674.00** | | **$4,511.06** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

06/19/2017 TFR filed--hearing 7/13/17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 15-26280
**Case Name:** ROSS, TERRENCE TRAVIS
**For the Period Ending:** 8/8/2017

**Trustee Name:** David Leibowitz
**Date Filed (f) or Converted (c):** 07/31/2015 (f)
**§341(a) Meeting Date:** 09/16/2015
**Claims Bar Date:** 10/18/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/30/2016 2016 Reporting Period:

Motion for turnover of Debtor's vehicles or their value. 2002 Chrysler appraised at $500 and deemed abandoned. Steve Stabiner & Wheels of Chicagoland both evaluated Escalade and deemed it unsaleable. Asset deemed abandoned. Mercedes subject to a Mechanic's lien in excess of value of vehicle. Deemed abandoned.

Case remains open for Debtor's 2015 tax refund. Debtor received a 2014 tax refund in excess of $11,100.00. The Trustee has requested the debtor provide his 2015 tax returns since March, 2015, but Debtor has not yet complied.

Will file a motion to compel debtor to produce his 2015 tax returns if not received. Additionally, $766 non-exempt funds in Debtor's bank accounts as of date of filing.

Pending estate portion of tax refund, will make determination on other non-exempt property.

**Initial Projected Date Of Final Report (TFR):** 07/31/2016 **Current Projected Date Of Final Report (TFR):** 05/23/2017

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-26280 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ROSS, TERRENCE TRAVIS | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9136 | **Checking Acct #:** | ******8001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Ross, Terrence T |
| **For Period Beginning:** | 7/31/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/28/2016 | (13) | ROSS, TERRENCE TRAVIS | Estate Portion of Debtor's 2015 Tax Refund | | 1224-000 | $3,745.06 | | $3,745.06 |
| 09/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.77 | $3,744.29 |
| 10/31/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $5.65 | $3,738.64 |
| 11/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $5.83 | $3,732.81 |
| 12/30/2016 | | Green Bank | Bank Service Fee | | 2600-000 | | $6.02 | $3,726.79 |
| 01/16/2017 | | ROSS, TERRENCE TRAVIS | Non-Exempt Funds in Checking Accounts | | * | $766.00 | | $4,492.79 |
| | {4} | | Non-exempt funds | $148.00 | 1129-000 | | | $4,492.79 |
| | {3} | | non-exempt funds | $618.00 | 1129-000 | | | $4,492.79 |
| 01/31/2017 | | Green Bank | Bank Service Fee | | 2600-000 | | $6.61 | $4,486.18 |
| 07/14/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $189.58; Distribution Dividend: 100.00%; | | 3120-000 | | $189.58 | $4,296.60 |
| 07/14/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $852.50; Distribution Dividend: 100.00%; | | 3110-000 | | $852.50 | $3,444.10 |
| 07/14/2017 | 3003 | David P. Leibowitz | Trustee Compensation | | 2100-000 | | $1,127.77 | $2,316.33 |
| 07/14/2017 | 3004 | David P. Leibowitz | Trustee Expenses | | 2200-000 | | $15.55 | $2,300.78 |
| 07/14/2017 | 3005 | Carolyn Miles c/o Berton N. Ring | Claim #: 1; Amount Claimed: $5,697.72; Distribution Dividend: 40.38%; | | 7200-000 | | $2,300.78 | $0.00 |
| | | | | | **SUBTOTALS** | $4,511.06 | $4,511.06 | |

# FORM 2



## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-26280 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ROSS, TERRENCE TRAVIS | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9136 | **Checking Acct #:** | ******8001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Ross, Terrence T |
| **For Period Beginning:** | 7/31/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $4,511.06 | $4,511.06 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,511.06 | $4,511.06 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,511.06 | $4,511.06 | |

**For the period of 7/31/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,511.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,511.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,511.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,511.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/28/2016 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,511.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,511.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,511.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,511.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 15-26280 | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ROSS, TERRENCE TRAVIS | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***9136 | **Checking Acct #:** | ******8001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Ross, Terrence T |
| **For Period Beginning:** | 7/31/2015 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/8/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $4,511.06 | $4,511.06 | $0.00 |

**For the period of 7/31/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,511.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,511.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,511.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,511.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/31/2015 to 8/8/2017**

| | |
|---|---|
| Total Compensable Receipts: | $4,511.06 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,511.06 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,511.06 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,511.06 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ